IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AMERIFACTORS FINANCIAL GROUP, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:22-CV-000137-MJT |
| GULF COPPER & MANUFACTURING CORPORATION, | § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant*. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 30, 2023, the Court referred Counter-Claimant and Third-Party Plaintiff Gulf Copper & Manufacturing Corporation's ("Gulf Copper") Amended Motion for Entry of Final Default Judgment to [Dkt. 40] to United States Magistrate Judge Zack Hawthorn for consideration and disposition pursuant to Title 28 U.S.C. § 636(b)(1)(A) and (3). [Dkt. 44]. On August 3, 2023, Judge Hawthorn issued a Report and Recommendation, recommending (1) that the Court grant Gulf Copper's Motion for Entry of Default Judgment, and (2) that the Court should render a default judgment in favor of Gulf Copper for $257,022.07. [Dkt. 47 at 6]. The Court has received and considered Judge Hawthorn's report. No objections to the Report and Recommendation have been filed, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that the Report and Recommendation of the magistrate judge [Dkt. 47] is ACCEPTED. Accordingly, Defendant Gulf Copper & Manufacturing Corporation's Amended Motion for Entry of Final Default Judgment [Dkt. 40] is GRANTED. A Final Judgment will be entered separately.

**SIGNED this 24th day of August, 2023.**

Michael J. Truncale
United States District Judge